IN The INTEREST OF:
Z.C.D., Appellant,

v.

JUVENILE OFFICER, Respondent.

WD 79353

Missouri Court of Appeals,
Western District.

ORDER FILED: November 1, 2016

Craig Johnston, Columbia, MO Counsel for Appellant

Edward Moore, Kansas City, MO Counsel for Respondent

Before Division One: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Alok Ahuja, JJ.

## ORDER

Per Curiam:

Z.C.D. appeals the judgment from the Circuit Court of Jackson County, Juvenile Division sustaining the allegations that Z.C.D. committed acts which, if committed by an adult, would constitute the offense of stealing under section 570.030.1. Z.C.D. alleges that insufficient evidence was presented to prove accomplice liability.

For reasons stated in the memorandum provided to the parties, the juvenile court's judgment is affirmed. Rule 84.16(b).